IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| ANTONIO R. WEATHERSBY | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 2:24-cv-6-HSO-BWR |
| | § | |
| KULLMAN LAW FIRM and | § | |
| MARTIN J. REGIMBAL | § | DEFENDANTS |

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Order of Dismissal entered herewith,

**IT IS, ORDERED AND ADJUDGED** that, this case is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**SO ORDERED** this the 5th day of February, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE